UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| BANCO POPULAR NORTH AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO. 3:11-cv-00069-RLY-WGH |
| STERLING COMMERCIAL PROPERTIES, LLC, an ) | |
| Indiana limited liability company; FOX METALS ) | |
| AND CUSTOM PRODUCTS, LLC, an Indiana limited ) | |
| liability company d/b/a B&A METALS AND ) | |
| CUSTOM BUILT COMPONENTS; INDIANA ) | |
| STATEWIDE CERTIFIED DEVELOPMENT ) | |
| CORPORATION; CITY OF HUNTINGBURG; ) | |
| US SMALL BUSINESS ADMINISTRATION, ) | |
| TREARSURER OF DUBOIS COUNTY, INDIANA, ) | |
| ADVANCED ROOFING PRODUCTS, UNKNOWN ) | |
| OWNERS and NON-RECORD CLAIMANTS, ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Comes now David R. Krebs, of Hostetler & Kowalik, P.C., and enters his appearance in the above-entitled proceeding on behalf of Banco Popular North America, Plaintiff herein, and moves to intervene generally on behalf of Banco Popular North America in said proceeding. The undersigned requests that he receive copies of all Applications, Motions, Notices and Orders at the following addresses:

David R. Krebs
HOSTETLER & KOWALIK, P.C.
101 West Ohio Street, Suite 2100
Indianapolis, IN 46204
Tel: (317) 262-1001
Email: dkrebs@hklawfirm.com

Respectfully submitted,

HOSTETLER & KOWALIK, P.C.

By:    /s/ David R. Krebs
David R. Krebs, Attorney No. 5521-49
HOSTETLER & KOWALIK, P.C.
101 West Ohio Street, Suite 2100
Indianapolis, IN 46204
Tel: (317) 262-1001 / Fax: (317) 262-1010
Email: dkrebs@hklawfirm.com

H&K177421v1

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 28, 2011, a copy of the foregoing **NOTICE OF APPEARANCE** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| Advanced Roofing Products<br>c/o Highest Executive Officer<br>7588 South 700 West<br>Claypool, IN  46510 | City of Huntingburg<br>Attn: City Mayor<br>508 East 4th Street<br>Huntingburg, IN  47542 |
| Fox Metals & Custom Products, LLC<br>c/o Highest Executive Officer<br>4326 Charlestown Road, Suite B<br>New Albany, IN  47150 | Sterling Commercial Properties<br>c/o Highest Executive Officer<br>2004 Sterling Oaks Drive<br>Sellersburg, IN  47172 |
| Treasurer of Dubois County<br>One Courthouse Square, Room 105<br>Jasper, IN 47546 | Unknown Owners & Non-Rec. Claimant<br>415 West 19th Street<br>Huntingburg, IN  47542 |
| B&A Metals & Custom Built Comp.<br>415 West 19th Street<br>Huntingburg, IN  47542 | Jeffrey L. Hunter<br>Asst. United States Attorney<br>Office of the United States Attorney<br>10 West Market Street, Suite 2100<br>Indianapolis, IN 46204 |

             */s/ David R. Krebs*
             David R. Krebs
             HOSTETLER & KOWALIK, P.C.
             101 West Ohio Street, Suite 2100
             Indianapolis, IN 46204
             Tel: (317) 262-1001
             Fax: (317) 262-1010
             Email: dkrebs@hklawfirm.com